

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ALEXANDRA CORSI**
Assistant Corporation Counsel
E-mail: acorsi@law.nyc.gov
Phone: (212) 788-1090
Fax: (212) 788-9776

August 2, 2012

BY ECF
Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Roberto Melgar v. City of New York, et al.</u>, 11 CV 3411 (SJ) (CLP)

Your Honor:

    I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced matter. I am writing on behalf of the parties to inform the Court that the case has been settled, and to respectfully request that the Court endorse the enclosed Stipulation of Settlement and Order of Dismissal.

                        Respectfully submitted,

                        /s/

                        Alexandra Corsi
                        Assistant Corporation Counsel

Cc: Brett Klein, Esq. (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERTO MELGAR,

                            Plaintiff,

    -against-

THE CITY OF NEW YORK, MYRIAM ACEVEDO
and JOHN and JANE DOE 1 through 10, individually
and in their official capacities, (the names John and
Jane Doe being fictitious, as the true names are
presently unknown),

                            Defendants.
------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

11 CV 3411 (SJ) (CLP)

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about July 14, 2011, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS**, plaintiff has authorized his counsel, Brett H. Klein, Esq., to agree to the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

2. City of New York, through its attorney, hereby agrees to pay plaintiff ROBERTO MELGAR the sum of FORTY THOUSAND ($40,000.00) DOLLARS in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the defendants and to release the defendants, the City of New York and Police Officer Myriam Acevedo, and any present or former employees and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiff's civil rights, from the beginning of the world to the day of the date of the General Release, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendant's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they in any manner or way violated plaintiff's rights, or the rights of any other

person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

     5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

     6.    Plaintiff agrees to hold harmless the City of New York and Police Officer Myriam Acevedo regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, the City reserves the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

3

7.   This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   Brooklyn, New York
         **August 1**, 2012

Brett H. Klein, Esq.  
Attorney for Plaintiff  
45 Main Street, Suite 230  
Brooklyn, New York 11201  

By: _____  
Brett H. Klein  
*Attorney for Plaintiff*

MICHAEL A. CARDOZO  
Corporation Counsel of the  
   City of New York  
*Attorney for Defendants City of New York and Officer Myriam Acevedo*  
100 Church Street, Rm. 3-173A  
New York, New York 10007  
(212) 788-1090  

By: _____  
Alexandra Corsi  
*Assistant Corporation Counsel*

SO ORDERED:

Dated: Brooklyn, New York  
       _____, 2012

_____  
HON. STERLING JOHNSON, JR.  
UNITED STATES DISTRICT JUDGE

4